Alvin MINOR, Appellant

v.

BOARD OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2013.

**ORDER**

PER CURIAM.

**AND NOW,** this 20th day of August, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**